FILED
CHARLOTTE, NC
DEC 0 8 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEIZURE OF ) MISC. NO. 3:09-mj-284
)
One 2004 Jeep, VIN 1J4GW48S54C368926, )
registered in the name of Keith Franklin ) ORDER SEALING SEIZURE WARRANT
Simmons. ) AFFIDAVIT AND APPLICATION
)

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Seizure Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 8th day of December, 2009.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE