

**FILED**
CHARLOTTE, NC

DEC 7 2010

**U.S. DISTRICT COURT
WESTERN DISTRICT OF NC**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) | |
| ) | DOCKET NO.: 3:09mj286 |
| ONE 2004 JEEP, ) | |
| VIN 1J4GW48S54C368926, ) | |
| REGISTERED IN THE NAME OF ) | |
| KEITH FRANKLIN SIMMONS, ) | |
| ) | **ORDER** |
| ———————————————— ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins,

United States Attorney for the Western District of North Carolina, for an Order directing that the

Seizure Warrant Affidavit and Application numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application be

unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 7th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE